JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA 95864
(916) 974-8600
(916) 974-8608 (fax)
Email: jrm@malovoslaw.com

Attorneys for Plaintiff
ANN C. NOBLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN C. NOBLE, an individual, | CASE NO. 2:07-CV-00599-MCE-DAD |
| Plaintiff, | |
| v. | **REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL PAPERS; ORDER** |
| FRANMARA, INC., a California Corporation; FRANK O. CHIORAZZI, an individual resident of California, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On June 29, 2007, the plaintiff filed a notice of settlement in the above-captioned matter. On July 13, 2007, the Court issued an order that dispositional documents be filed by August 10, 2007.

Due to vacations and other factors affecting the parties and their attorneys' ability to finalize the written terms of the settlement, the parties only reached agreement on the written settlement terms and conditions of the settlement agreement on August 10, 2007. However, the terms of this settlement, attached hereto as Exhibit A for the Court's reference, require that the defendant's check clear the bank before a dismissal is requested from this Court. Thus, it will be impossible for the plaintiff to comply with the Court ordered deadline of August 10, 2007, for the filing of the dispositional papers.

1    Plaintiff's counsel anticipates that acquiring fully executed copies of this agreement, waiting for the defendant's check to clear the bank, and then filing the dismissal shall all be completed no later than August 31, 2007.   Therefore, the plaintiff, through her counsel, requests that the Court grant additional time, up to August 31, 2007, to file all dispositional papers with the Court.

DATED:  August 10, 2007                              MALOVOS & MENDOZA, LLP


                                                     By   /s/  Joanna R. Mendoza
                                                        JOANNA R. MENDOZA
                                                        Attorneys for Plaintiff
                                                        ANN C. NOBLE


**IT IS SO ORDERED**.

Dated: August 10, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE