JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA 95864
(916) 974-8600
(916) 974-8608 (fax)
Email: jrm@malovoslaw.com

Attorneys for Plaintiff
ANN C. NOBLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN C. NOBLE, an individual, | CASE NO. 2:07-CV-00599-MCE-DAD |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| FRANMARA, INC., a California Corporation; FRANK O. CHIORAZZI, an individual resident of California, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a), and the written settlement agreement entered into between the plaintiff and the non-appearing defendants, the plaintiff, Ann C. Noble, does hereby dismiss the action, in its entirety, with prejudice, as to all defendants.

///
///
///
///
///
///

1
JUDGMENT OF DISMISSAL

Except as otherwise agreed in the written settlement agreement, the parties shall bear their respective costs and attorney's fees.

Dated:  August 30, 2007                               MALOVOS & MENDOZA, LLP

                                                      By  /s/ JOANNA R. MENDOZA
                                                           JOANNA R. MENDOZA
                                                           Attorneys for Plaintiff
                                                           Ann C. Noble

**IT IS SO ORDERED**.

DATED:  September 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JUDGMENT OF DISMISSAL